IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES E. TRAMMELL, JR.**                                                  **PLAINTIFF**

v.                NO. 3:20-cv-00411 JM-PSH

**KILOLO KIJAKAZI, Acting Commissioner of**                        **DEFENDANT**
**the Social Security Administration**

## <u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered for plaintiff James E. Trammell, Jr.

IT IS SO ORDERED this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE